RECEIVED AND FILED
FEB 05 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

RECEIVED AND FILED
FEB 05 2026
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

EBF Holdings, LLC
d/b/a Everest Business Funding
Michael Reppas, Esq.
12496 NW 25 Street
Sweetwater, Florida 33182
Michael.Reppas@ws-hold.com
*Authorized Representative of EBF Holdings, LLC d/b/a Everest Business Funding*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, | | ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, | | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC, | | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE FLORIDA TB PLLC, | | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEBRASKA LLC, | | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| NUMALE NEW MEXICO SC, | | ☐ | |
| NUMALE ALL DEBTORS, | | ☒ | |
| Debtors. | | | |

## <u>WITHDRAWAL OF PROOF OF CLAIM NO. 5 FILED BY EBF HOLDINGS, LLC D/B/A EVEREST BUSINES FUNDING</u>

TO THE COURT AND ALL INTERESTED PARTIES:

1

Claimant EBF Holdings, LLC d/b/a Everest Business Funding (collectively, "<u>Creditor</u>") hereby **withdraws with prejudice Creditor's Proof of Claim No. 5** Dated 1/7/2026 filed against NuMale Florida

. . .

TB PLLC in Case No. 25-10345-NMC.

Dated this 16th day of January, 2026.

By: _____
Michael Reppas, Esq.
12496 NW 25 Street
Sweetwater, Florida 33182
*Chief Legal Officer EBF Holdings, LLC d/b/a Everest Business Funding*

2