1
2  EBF Holdings, LLC
3  d/b/a Everest Business Funding
   Michael Reppas, Esq.
4  12496 NW 25 Street
5  Sweetwater, Florida 33182
6  Michael.Reppas@ws-hold.com
7  *Authorized Representative of EBF Holdings,*
8  *LLC d/b/a Everest Business Funding*

9
10
11

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
| | | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, | ☐ | |
| | | Feliciano NuMale Nevada PLLC |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, | ☐ | Case No. 25-10342-nmc |
| | | NuMedical SC |
| NUMEDICAL SC, | ☐ | Case No. 25-10343-nmc |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC |
| NUMALE NEBRASKA LLC, | ☐ | Case No. 25-10345-nmc |
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC |
| Debtors. | | Case No. 25-10347-nmc |

### WITHDRAWAL OF PROOF OF CLAIM NO. 5 FILED BY EBF HOLDINGS, LLC D/B/A EVEREST BUSINES FUNDING

TO THE COURT AND ALL INTERESTED PARTIES:

1

Claimant EBF Holdings, LLC d/b/a Everest Business Funding (collectively, "<u>Creditor</u>") hereby **withdraws with prejudice Creditor's Proof of Claim No. 5** Dated 1/7/2026 filed against NuMale Florida

. . .

TB PLLC in Case No. 25-10345-NMC.

Dated this 16th day of January, 2026.

By: _____
Michael Reppas, Esq.
12496 NW 25 Street
Sweetwater, Florida 33182
*Chief Legal Officer EBF Holdings, LLC d/b/a Everest Business Funding*